UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-26(01) RM |
| ) | |
| LUIS BENITEZ ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 13, 2010 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Luis Benitez's plea of guilty, and FINDS the defendant guilty of Count 2 of the Superseding Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  June 3, 2010 

                                               /s/ Robert L. Miller, Jr.
                                               Judge
                                               United States District Court